# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOMETAL S.R.L., an Italian Limited Company,<br><br>      Plaintiff,<br><br> -against-<br><br><br>KEILI TRADING LLC, a Washington Limited Liability Company, MENDEL LEVITIN a/k/a MENDY LEVITIN, an individual, RELIANCE STEEL & ALUMINUM CO., a Delaware corporation, ADMIRAL SERVICENTER COMPANY, INCORPORATED, a Massachusetts Corporation, and O'NEAL FLAT ROLLED MEATS aka METAL WEST LLC, a Colorado Limited Liability Company<br><br>      Defendants. | Case No.: 1:22-cv-01928-KPF |

## DECLARATION OF RUSSELL L. PORTER, ESQ.

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am of counsel to the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendant Metalwest, L.L.C. i/s/h/a O'Neal Flat Rolled Meats aka Metal West LLC.

2. A copy of Plaintiff Fometal S.R.L.'s Complaint is annexed hereto as **Exhibit RP-1**.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 09, 2022

                 *Russell Porter*
                 Russell L. Porter, Esq.