UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

FOMETAL S.R.L.,
an Italian Limited Company,

                     Plaintiff,                    Hon. Katherine P. Failla

  -against-                                  Case No.: 1:22-cv-01928-KPF

KEILI TRADING LLC, a Washington Limited
Liability Company, MENDEL LEVITIN a/k/a
MENDY LEVITIN, an individual, RELIANCE
STEEL & ALUMINUM CO., a Delaware
corporation, ADMIRAL SERVICENTER
COMPANY, INCORPORATED, a
Massachusetts Corporation, and O'NEAL FLAT
ROLLED MEATS aka METAL WEST LLC, a
Colorado Limited Liability Company,

                     Defendants.

-----------------------------------------------------------------x

**AFFIRMATION OF JOSHUA D. BRINEN**
**IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT**

                     Joshua D. Brinen
                     *Attorney for Plaintiff*
                     Brinen & Associates, LLC
                     90 Broad Street, Tenth Floor
                     New York, New York 10004
                     (212) 330-8151 (Telephone)

Joshua D. Brinen, an attorney admitted to the bar of this Court, hereby swears as follows:

1. I am the principal of the law firm of Brinen & Associates, LLC.

2. I am the attorney for plaintiff FOMETAL S.R.L. (the "Plaintiff").

3. I make this affirmation from facts within my own knowledge and which I know to be true.

4. I submit this affirmation in support of Plaintiff's motion for an Order: (a) pursuant to FRCP 55(B) and Local Civil Rule 55.2, entering default judgement in favor of Plaintiff and against Defendants Keili Trading LLC ("Keili") and Mendel Levitin a/k/a Mendy Levitin ("Levitin"); (b) pursuant to FRCP 53, appointing a special master and directing said special master, or alternatively remanding to this court, to award the Plaintiff : (i) compensatory damages of no less than one million dollars ($1,000,000) to be determined by the Court following an Inquest; (ii) exemplary and treble damages to be determined by the Court following an Inquest; (iii) attorney's fees and costs of suit; (iv) pre-judgment interest at the maximum rate allowed by law; and (viii) any other and further relief as the Court deems just and proper.

5. Plaintiff's motion for default judgement should be granted pursuant to FRCP Rule 55, on the grounds that Defendants Keili and Levitin have failed to file a timely Answer or any other responsive pleadings and, as a result, has failed to, and cannot, defend this action as provided by FRCP Rule 55(a). See ECF Doc Nos. 59 and 60.

6. On July 28, 2022, Plaintiff obtained a Certification of Default against Defendants Keili and Levitin from the Clerk of this Court. See ECF Doc 67.

7. Plaintiff's motion for default judgement should be granted pursuant to FRCP Rule 55, on the grounds that the allegations in Plaintiff's Complaint against Defendants Keili and

Levitin should be accepted as true. See ECF Doc No. 4.

8.  For the aforementioned reasons, the Court should grant Plaintiff's motion to: (a) pursuant to FRCP 55(B) and Local Civil Rule 55.2, enter into default judgement in favor of Plaintiff and against Defendants Keili Trading LLC ("Keili Trading") and Mendel Levitin a/k/a Mendy Levitin ("Mendy Levitin"); (b) pursuant to FRCP 53, appoint a special master and directing said special master, or alternatively remanding to this court to award the Plaintiff : (i) compensatory damages of no less than one million dollars ($1,000,000) to be determined by the Court following an Inquest; (ii) exemplary and treble damages to be determined by the Court following an Inquest; (iii) attorney's fees and costs of suit; (iv) pre-judgment interest at the maximum rate allowed by law; and (viii) any other and further relief as the Court deems just and proper.

Dated: New York, New York
September 23, 2022

By: _____
Joshua D. Brinen
Brinen & Associates, LLC
90 Broad Street, Tenth Floor
New York, New York, 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on September 23, 2022, a true and correct copy of PLAINTIFF FOMETAL S.R.L.'s AFFIRMATION FOR DEFAULT JUDGMENT was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel of record:

Frederick L. Whitmer
State Bar No. 3835733
The Grace Building 1114 Avenue of the Americas
New York, NY 10036
fwhitmer@kilpatricktownsend.com
Tel: (212) 775-8773
Fax: (212) 775-8821

Cole Ramey (admitted *pro hac vice*)
cramey@kilpatricktownsend.com
Christin J. Jones (admitted *pro hac vice*)
cjones@kilpatricktownsend.com
Zoe Phelps (admitted *pro hac vice*)
zphelps@kilpatricktownsend.com
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Tel: (214) 922-7100
Fax: (214) 279-9277

ATTORNEYS FOR RELIANCE STEEL & ALUMINUM

Russell Porter
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017
212-915-5140

Email: Russell.Porter@wilsonelser.com

ATTORNEYS FOR DEFENDANT,
METALWEST, L.L.C. i/s/h/a O'NEAL FLAT
ROLLED MEATS AKA METAL WEST LLC

And served via personal service on:

Keili Trading LLC
4027 NE 60th Street
Seattle, Washington 98115

DEFENDANT KEILI TRADING LLC

Mendy Levitin
6519 49th Avenue NE
Seattle, Washington 98115-7732

DEFENDANT MENDEL
LEVITIN a/k/a MENDY LEVITIN

                                                                                    /s/ Joshua D. Brinen
                                                                                    Joshua D. Brinen