**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FOMETAL S.R.L.,

              Plaintiff,

              -against-

RELIANCE STEEL & ALUMINUM CO., ADMIRAL SERVICECENTER COMPANY, INCORPORATED, and O'NEAL FLAT ROLLED METAL, *a/k/a Metal West LLC*,

              Defendants.

------------------------------------------------------------x

22-CV-1928 (KPF) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for Settlement. (ECF 87). The Court will hold a telephonic Pre-Settlement Scheduling Call on **January 26, 2023, at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Plaintiffs shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket. (*See* ECF 84).

**SO ORDERED.**

Dated: December 20, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge