**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

FOMETAL S.R.L.,                                                       :
                                                                     :
                              Plaintiff,                             :        22-CV-1928 (KPF) (OTW)
                                                                     :
                   -against-                                         :        **ORDER**
                                                                     :
RELIANCE STEEL & ALUMINUM CO., ADMIRAL              :
SERVICECENTER COMPANY, INCORPORATED,               :
and O'NEAL FLAT ROLLED METAL, *a/k/a Metal*         :
*West LLC*,                                                          :
                                                                     :
                              Defendants.                           :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant's request to adjourn the Pre-Settlement Scheduling Call is **GRANTED**. (ECF

90). The Pre-Settlement Scheduling Call is adjourned from January 26, 2023, to **January 31,**

**2023, at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file proof of

service on the docket by **December 29, 2022**.

The Clerk of Court is respectfully directed to close ECF 90.

**SO ORDERED.**


                                                          ___*s/  Ona T. Wang*_____
Dated: December 22, 2022                                  **Ona T. Wang**
           New York, New York                             United States Magistrate Judge