UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FOMETAL S.R.L.,

                Plaintiff,

                -against-

RELIANCE STEEL & ALUMINUM CO., ADMIRAL SERVICECENTER COMPANY, INCORPORATED, and O'NEAL FLAT ROLLED METAL, *a/k/a Metal West LLC*,

                Defendants.

------------------------------------------------------------x

22-CV-1928 (KPF) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a telephonic Pre-Settlement Scheduling Call on **March 9, 2023, at 4:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket.

**SO ORDERED.**

Dated: January 31, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge