UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOMETAL S.R.L.,

                Plaintiff,

      -v.-

RELIANCE STEEL & ALUMINUM CO., ADMIRAL SERVICENTER COMPANY, INCORPORATED, and O'NEIL FLAT ROLLED METAL, *a/k/a* METAL WEST LLC,

                Defendants.

22 Civ. 1928 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On December 14, 2022, pursuant to the parties' requests, the Court referred this matter to Magistrate Judge Ona T. Wang for settlement purposes and stayed the action pending further order of the Court. (Dkt. #87-88). On March 17, 2023, the Court received an update from Judge Wang that the parties were unable to reach a settlement. Accordingly, the parties are directed to file a joint letter with proposed next steps on **April 3, 2023**, including the parties' positions regarding Defendants' previously-filed motions to dismiss the case.

The case will remain stayed pending further order of the Court.

SO ORDERED.

Dated:   March 20, 2023
          New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge