

**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

2001 Ross Avenue, Suite 4400
Dallas, TX 75201

October 17, 2024

Christin J. Jones
direct dial 214 922 7148
direct fax 214 279 9277
cjones@ktslaw.com

**VIA CM/ECF**

Hon. Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_nysdchambers@nysd.uscourts.gov



Re:    **Case No. 1:22-cv-01928 (KPF);** *Fometal, S.R.L. v. Keili Trading, LLC, et al*. In the United States District Court for the Southern District of New York

Dear Judge Failla:

Pursuant to Your Honor's Individual Civil Rules of Practice 2.B and 9.C.ii, Defendant Admiral and Plaintiff Fometal (collectively the "Parties"), hereby submit this joint letter motion requesting leave to file the confidential settlement agreement under seal.

The Parties respectfully request permission to file under seal the confidential settlement agreement in this matter, pursuant to the Court's August 15, 2024 Order (see Dkt 121). The settlement agreement contains confidential information and therefore it will be necessary to file under seal.

For the foregoing reasons, the Parties respectfully request the Court grant leave to file the settlement agreement under seal.

/s/ *Christin J. Jones*
Cole B. Ramey (admitted *pro hac vice*)
Christin J. Jones (admitted *pro hac vice*)
Zoe P. Stendara (admitted *pro hac vice*)
Frederick L. Whitmer
*Attorneys for Admiral Metals Servicenter Company, Incorporated*
Kilpatrick Townsend & Stockton LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
(214) 922-7148 (Telephone)

/s/ *Mark E. White*
Mark E. White
*Attorney for Plaintiff Fometal, S.R.L.*
Brinen & Associates, LLC
90 Broad Street, Tenth Floor
New York, New York 10004
(212) 330-8151 (Telephone)

ANCHORAGE   ATLANTA   AUGUSTA   BEIJING   CHARLOTTE   CHICAGO   DALLAS   DENVER   HOUSTON   LOS ANGELES   NEW YORK   PHOENIX   RALEIGH
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   SILICON VALLEY   STOCKHOLM   TOKYO   WALNUT CREEK   WASHINGTON   WINSTON-SALEM

Application GRANTED.  The parties shall file the settlement agreement under seal in accordance with the Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is directed to terminate the pending motion at docket entry 124.

Dated:    October 17, 2024                SO ORDERED.
          New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE